UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

Astra Inc. Debtor(s) /

# CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of 3 sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerks promulgated requirements.

DATED: 03/16/2020

/s/ Oxana Kozlov

Signature of Debtor's Attorney

Alexander Bessonov
2305 Dorval Dr,
San Jose, CA 95130

Aptus Court Reporting
600 W. Broadway, Suite 300
San Diego, CA 92101

Atkinson Baker Inc.
500 Norrth Brand Blvd., 3rd Floor
Glendale, CA 91203-4725

Aquipt
376 Crooked Lane,
King of Prussia, PA 19406

Bitclave inc
251 Little Falls Dr,
Wilmington, DE 19808

Brown Wegner LLP
2010 Main St #1260,
Irvine, CA 92614

Cal Interpreting & Translations (CIT)
12304 Santa Monica Blvd, Suite 300
Los Angeles, CA 90025

California Center for Translation and Interpretation
10940 Wilshire Blvd #1600,
Los Angeles, CA 90024


Centex Legal Svcs
17877 Von Karman Ave, Suite 210
Irvine, CA 92614


Chase Bank
P.O. Box 6185
Westerville, OH 43086


First Legal Digital
600 W Santa Ana Blvd #101
Santa Ana, CA 92701


Grayver Law Group, P.C.
111 Pier Ave #100,
Hermosa Beach, CA 90254


Kabbage
P.O. Box 77073
Atlanta, GA 30357-1073


Lillis Pitha LLP
465 California Str, 5th Floor
San Francisco, CA 94104

Perkins Coie LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Attn: Patrick Thompson




The Litovsky Law Firm
8685 Main St, Suite 101-181
Huntington Beach, CA 92648




Veritext LLC
707 Wilshire Boulevard, Suite 3500
Los Angeles, CA 90017




White, Zuckerman, Warsavsky, Luna & Hunt LLP
4 Park Plaza, Suite 200
Irvine California 92614